```
 1 | J. Noah Hagey, Esq. (SBN: 262331)
   |    hagey@braunhagey.com
 2 | Matthew Borden, Esq. (SBN: 214323)
   |    borden@braunhagey.COM
 3 | Richard O. Jackson, Esq. (SBN: 283928)
   |    jackson@braunhagey.com
 4 | BRAUNHAGEY & BORDEN LLP
   | 220 Sansome Street, 2nd Floor
 5 | San Francisco, CA 94104
   | Telephone: (415) 599-0210
 6 | Facsimile: (415) 276-1808
 7 | ATTORNEYS FOR PLAINTIFF
   | NATURAL BALANCE PET FOODS, INC.
 8 | Laura L. Chapman, Esq. (SBN: 167249)
   |    lchapman@sheppardmullin.com
 9 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
10 | Four Embarcadero Center, 17th Floor
   | San Francisco, CA 9411-4109
11 | Telephone: (415) 434-9100
   | Facsimile: (415) 434-3947
12 |
13 | ATTORNEYS FOR DEFENDANT
   | WAL-MART STORES, INC.
14 |
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL BALANCE PET FOODS INC., | Case No. CV 12-9240 CAS (PCAx) |
|  | Judge: Hon. Christina A. Snyder |
| Plaintiff, | **JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| WAL-MART STORES, INC., | |
| Defendant. | |

---

1

Joint Stipulation of Dismissal Without Prejudice

Case No. 12-CV-9240 CAS(PCAx)

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Natural Balance Pet Foods, Inc. and Defendant Wal-Mart Stores, Inc., through their respective counsel, hereby stipulate as follows:

1. All claims in the above-entitled action are dismissed in their entirety without prejudice and each party shall bear its own fees and costs.
2. The attached [proposed] order shall be entered.

**IT IS SO STIPULATED**.

Dated: March 5, 2013

BRAUNHAGEY & BORDEN LLP

By: /s/
J. Noah Hagey

*Attorneys for Plaintiff Natural Balance Pet Foods, Inc.*

Dated: March 5, 2013

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: /s/
Laura L. Chapman

*Attorneys for Defendant Wal-Mart Stores, Inc.*