JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL BALANCE PET FOODS INC., <br><br> Plaintiff, <br><br> v. <br><br> WAL-MART STORES, INC., <br><br> Defendant. | Case No. CV 12-9240 CAS (PCAx) <br> Judge: Hon. Christina A. Snyder <br><br> **[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

## ORDER

Based on the parties' Joint Stipulation of Dismissal without Prejudice, it is hereby ORDERED that:

1. All claims in the above-captioned action are dismissed in their entirety without prejudice and each party shall bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: March 11, 2013

_____
United States District Court Judge